Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

_Middle_ District of _Florida_

_Jacksonville_ Division

|  |  |
|---|---|
| _April D. Adeshile_ | ) Case No. _3:22-cv-1263-MMH-LLL_ |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) Jury Trial: _(check one)_ ☒Yes ☐No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
| _The Jacksonville Transportation_ | ) |
| _Authority / Jacksonville Trasport-_ | ) |
| _ation Management Corp. (JTM)_ | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

2022 NOV 16   AM 11: 57

FILED

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _April D. Adeshile_ |
| Street Address | _P.O. Box 16702_ |
| City and County | _Jacksonville (Duval)_ |
| State and Zip Code | _Florida  32245_ |
| Telephone Number | _904-343-5758_ |
| E-mail Address | _adeshileapril@gmail.com_ |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — Sherman Rothwell

Job or Title *(if known)* — Supervisor

Street Address — 100 N. Myrtle Ave.

City and County — Jacksonville (Duval)

State and Zip Code — Florida 32204

Telephone Number — (904) 630-3100

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Michelle Lewis

Job or Title *(if known)* — Training Supervisor / Bus Driver

Street Address — 100 N. Myrtle Ave.

City and County — Jacksonville (Duval)

State and Zip Code — Florida 32204

Telephone Number — (904) 630-3100

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Brittney J. Young

Job or Title *(if known)* — Apartment Manager

Street Address — 2445 Dunn Ave

City and County — Jacksonville (Duval)

State and Zip Code — Florida 32218

Telephone Number — (904) 757-8842

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Kattie Morales

Job or Title *(if known)* — Apartment Manager

Street Address — 2445 Dunn Ave

City and County — Jacksonville (Duval)

State and Zip Code — Florida 32218

Telephone Number — (904) 757-8842

E-mail Address *(if known)* —

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Jacksonville Transportation Authority JTA |
| Street Address | 100 N. Myrtle Ave |
| City and County | Jacksonville (Duval) |
| State and Zip Code | Florida 32104 |
| Telephone Number | (904) 630-3100 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]        Other federal law *(specify the federal law)*:

The Whistleblower Protection Act (WPA) 15 U.S.C 2302 (b)(8)

[X]        Relevant state law *(specify, if known)*:

The 2022 Florida Statues - Sections 112.3187-112.31895

[X]        Relevant city or county law *(specify, if known)*:

Florida Statue Section 914.23

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [X] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [X] Retaliation.
- [X] Other acts *(specify):* Cyber Hacking, Stalking Staged Accidents, Racial Profilling Invasion Of Privacy, Evidence Tampering, WC, Retaliation

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the* Age *federal employment discrimination statutes.)* Discrimination

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 23, 2019 - Present

C.  I believe that defendant(s) *(check one)*:

- [X] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [X] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [X] age *(year of birth)* 1963 *(only when asserting a claim of age discrimination.)*
- [X] disability or perceived disability *(specify disability)*

Psychological Distress (defamation) of character

E.  The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* *September 21, 2021*

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)* *August 18 2022*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _November 16, 2022_

Signature of Plaintiff

Printed Name of Plaintiff  _April D. Adeshile_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____